AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HAMLET C. BENNETT

V.

UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV02297

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 11/28/2005

TO: (Name and address of Defendant)
Civil Process Clerk
Albert Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ▮▮▮▮ *PRO SE* (name and address)

Hamlet C. Bennett
78-6697A Mamalahoa Hwy
Holualoa, HI 96725

an answer to the complaint which is served on you with this summons, within   **sixty (60)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

**RECEIVED**

DEC 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON
CLERK

NOV 2 8 2005
DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 12·9·05 |
| NAME OF SERVER (PRINT) Anita Emerson | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by USPS registered mail # RB 905056743 US

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES postage $10.31 | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12·9·05
          Date         Signature of Server

75-6081 Alii Dr. V102
Address of Server
Kailua-Kona, HI 96740

RECEIVED
DEC 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



RECEIVED

DEC 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT