UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Hamlet C. Bennett,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. **1:05cv02297** RMC

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiffs request that default be entered forthwith against defendant.

2. The record shows that plaintiffs filed a complaint in the instant matter on November 28, 2005;

3. The record shows that plaintiffs served the United States Attorney the summons and complaint on December 9, 2005.

4. The record shows that the defendants' answer was due on February 7, 2006

5. The record is silent as to defendant requesting an extension of time to answer.

6. The record shows that defendant has not answered the aforementioned complaint nor has defendant defended in this matter whatsoever.

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to defend in this matter plaintiff is entitled to entry of default forthwith against defendant as a matter of law.

Dated 2-23, 2006

_____
Hamlet C. Bennett
78 6697a Mamalahoa Hwy
Holualoa, HI 96725

Hamlet C. Bennett v. United States.   page 1 of 3 pages   request for leave to amend

RECEIVED
FEB 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing and a copy of the amended complaint on defendant's attorney at his/her address of record.

Dated 2-23, 2006

*[signature]*

Hamlet C. Bennett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Hamlet C. Bennett,

            Plaintiff(s),

Case No . 1:05cv02297

ORDER

v.

United States

            Defendant.

Having considered the Motion for entry of Default filed by the plaintiffs and the entire record of these proceedings, it is clear to the court that plaintiffs are entitled to entry of default as a matter of law, it is by the Court

    ORDERED that the motion is Granted and it is further

    ORDERED that the clerk shall distribute copies of this order to all parties to this action.

    SO ORDERED this ____ day of _____ 2006

                                                                                           United States District Judge