Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HAMLET C. BENNETT

_____

Plaintiff(s)

v.

Civil Action No. 05-2297 (RMC)

UNITED STATES

_____

Defendant(s)

RE:  UNITED STATES

### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint     on          December 9, 2005          , and an affidavit on behalf of the plaintiff having been filed, it is this 28th day of    February   ,  2006  declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                                    T. Gumiel
                               Deputy Clerk