IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMLET C. BENNETT, ) | |
| ) | |
| Plaintiff, ) | No. 1:05-cv-02297 (RMC) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: March 10, 2006.

                                                                 Respectfully submitted,

                                                                 /s/ Beatriz T. Saiz
                                                                 BEATRIZ T. SAIZ
                                                                 Trial Attorney, Tax Division
                                                                 U.S. Department of Justice
                                                                 P.O. Box 227
                                                                 Ben Franklin Station
                                                                 Washington, DC 20044
                                                                 Phone/Fax: (202) 307-6585/514-6866
                                                                 Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on March 10, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Hamlet C. Bennett
>78-6697A Mamalahoa Hwy
>Holualoa, HI 96725

>\_\_\_\_/s/ Beatriz T. Saiz\_\_\_\_
>BEATRIZ T. SAIZ