IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMLET C. BENNETT, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-02297 (RMC) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing MOTION TO VACATE ENTRY OF DEFAULT, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on March 10, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Hamlet C. Bennett
        78-6697A Mamalahoa Hwy
        Holualoa, HI 96725

            /s/ Beatriz T. Saiz
            BEATRIZ T. SAIZ