IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMLET C. BENNETT, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-02297 (RMC) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on March 10, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Hamlet C. Bennett
> 78-6697A Mamalahoa Hwy
> Holualoa, HI 96725

>     /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ