UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAMLET C. BENNETT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2297 (RMC) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to vacate the Clerk's entry of default [Dkt. #8] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss [Dkt. #9] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's motion for judgment by default [Dkt. # 14] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: November 21, 2006           _____/s/_____
                                  ROSEMARY M. COLLYER
                                  United States District Judge