UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAMLET C. BENNETT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-2297 (RMC) |
| UNITED STATES OF AMERICA | ) ) ) ) ) | |

### ORDER TO SHOW CAUSE

On July 26, 2007, Plaintiff Hamlet C. Bennett, proceeding *pro se*, filed a motion for relief from order of dismissal pursuant to Federal Rule of Civil Procedure 60(b)(3) & (6). *See* [Dkt. #17]. Mr. Bennett seeks relief from this Court's Order dated November 21, 2006 dismissing this case for failure to exhaust administrative remedies and because his injunction claim was barred by the Anti-Injunction Act, 26 U.S.C. § 7421(a). *See* Memorandum Opinion [Dkt. #15]. Pursuant to Local Civil Rule 7(b), the United States was required to file a response to Mr. Bennett's motion within eleven days, but it failed to do so. Local Rule 7(b) further provides, "[i]f such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." The discretion to enforce this rule lies wholly with the district court. *FDIC v. Bender*, 127 F.3d 58, 68 (D.C. Cir. 1997). Accordingly, it is hereby

**ORDERED** that, on or before **November 13, 2007**, the United States shall **SHOW CAUSE** in writing why the Court should not grant Plaintiff's motion for relief from the November 21, 2006 Order dismissing this case.

**SO ORDERED**.

Date: October 10, 2007                                /s/
                                                     ROSEMARY M. COLLYER
                                                     United States District Judge