UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAMLET C. BENNETT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2297 (RMC) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

This matter comes before the Court on *pro se* Plaintiff Hamlet C. Bennett's Motion for Relief from Order of Dismissal Under Federal Rule of Civil Procedure 60(b)(3), (6). For the reasons stated in the Court's Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiff's motion [Dkt. #17] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **CLOSED**. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: January 16, 2008